The People of the State of Illinois ex rel. Hazel Schroeder, appellant, v. Edmund Schultz, appellee. Gen. No. 35,466.

597

Opinion filed June 15, 1932.
Frank Moland, for appellant.   J. V. DeLaney, for appellee.
Mr. Presiding Justice Hebel delivered the opinion of the court.